UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRACI L. BAKER,

    Plaintiff,

vs.                              Case No. 3:05-cv-1336-J-HTS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security
Administration,

    Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiff's Motion for an Order to Reserv[e] Jurisdiction to Award Attorney's Fees Pursuant to 42 USC § 406(b)(1) (Doc. #16; Motion). Defendant has no objection to the Motion. Motion at 2.

Plaintiff requests, "[p]ursuant to the 11th Circuit's decision in *Bergen v. Commissioner of Soc. Sec.*, [that] this Court . . . reserve jurisdiction for an award of attorney fees." *Id.* at 1. In the cited case, the Eleventh Circuit found "that 42 U.S.C. § 406(b) authorizes an award of attorney's fees where the district court remands the case to the Commissioner of Social Security for further proceedings, and the Commissioner on remand awards the claimant past-due benefits." *Bergen v. Comm'r of Soc.*

*Sec.*, 454 F.3d 1273, 1277 (11th Cir. 2006) (per curiam). Although the Eleventh Circuit did not reach the question of "when the 14 day period [provided by Rule 54(d)(2)(B), Federal Rules of Civil Procedure (Rule(s))] begins to run for a § 406(b) petition[,]" *id.*, it suggested in a footnote that "confusion about integrating [Rule] 54(d)(2)(B) into the procedural framework of a fee award under 42 U.S.C. § 406(b)" could have been avoided through the filing of a motion "for an extension of the 14 day period . . . when the district court remanded[.]" *Id.* at 1278 n.2.

Upon due consideration, the Motion (Doc. #16) is **GRANTED** to the extent Plaintiff shall have 14 days from the issuance of a "Notice of Award" letter by Defendant to petition the Court for an award of attorney fees pursuant to 42 U.S.C. § 406(b).

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of February, 2007.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any