**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TRACI L. BAKER,

    Plaintiff,

vs.                                  Case No. 3:05-cv-1336-J-HTS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security
Administration,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on the Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. #19; Application), filed on May 2, 2007. It is represented Defendant has no objection to the relief requested in the Application. Application at 2.

    The Application requests the Court to award $2,385.28 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 1. Counsel expended 14.9 hours in representing Plaintiff before the Court in 2005, 2006, and 2007. *See id.* at 1-2; Affidavit of Attorney's Time, attached to the Application.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Further, it is found Plaintiff may reasonably be awarded $2,385.28 in attorney fees.

Accordingly, the Application (Doc. #19) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,385.28.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of May, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any